MARSHALL ASSOCIATED CONTRACTORS, INC., and Columbia Excavating, Inc. (J.V.), Appellants,

v.

Dirk KEMPTHORNE, Secretary of Interior, Appellee.

No. 2006–1498.

United States Court of Appeals, Federal Circuit.

May 11, 2007.

Before GAJARSA, PROST, Circuit Judges and OTERO, District Judge.*

---

* Honorable S. James Otero, District Judge, United States District Court for the Central District of California, sitting by designation.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.